**No. 45254.**—Protest 21375–K of Tai Wo Tong (Los Angeles).

Opinion by EVANS, J. It was stipulated that certain yuen yuk is similar to the merchandise passed upon in *Oy Wo Tong Co.* v. *United States* (C. D. 372). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 45255.**—Protests 23419–K, etc., of Hin Yuen Hong et al. (Los Angeles).

Opinion by EVANS, J. It was stipulated that certain yuen yuk is similar to the merchandise passed upon in *Oy Wo Tong* v. *United States* (C. D. 372). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 45256.**—Protest 21374–K of Tai Wo Tong (Los Angeles).

Opinion by EVANS, J. It was stipulated that certain sliced yuk chuk and lotus nuts are similar to the merchandise passed upon in *Oy Wo Tong* v. *United States* (C. D. 372). The protest was therefore sustained.

**No. 45257.**—Protest 33069–K of Q. W. Lung Co. (Boston).

Opinion by EVANS, J. It was stipulated that the merchandise consists of drugs sliced the same as those the subject of *Oy Wo Tong* v. *United States* (C. D. 372). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 45258.**—Protest 27579–K of Ying Chong Lung Co. (Los Angeles).

Opinion by EVANS, J. It was stipulated that the merchandise consists of chopped sar sum the same as that the subject of *Oy Wo Tong Co.* v. *United States* (C. D. 372). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 45259.**—Protest 27578–K of Ying Chong Lung Co. (Los Angeles).

Opinion by EVANS, J. It was stipulated that the merchandise consists of sliced yuk chuk the same as that the subject of *Oy Wo Tong* v. *United States* (C. D. 372). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 45260.**—Protest 27565–K of Ying Chong Lung Co. (Los Angeles).

Opinion by EVANS, J. It was stipulated that the merchandise consists of sliced wai san the same as that the subject of *Oy Wo Tong* v. *United States* (C. D. 372). The claim at 10 percent under paragraph 34 was therefore sustained.